# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-41167
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 2, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CAROLYN BOEHM-MCCAULEY,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:12-CR-14-1

Before JOLLY, COSTA, and HO, Circuit Judges.

PER CURIAM:[*]

Carolyn Boehm-McCauley (McCauley) seeks to appeal the denial of her motion, brought under 18 U.S.C. § 3583(e)(2), to modify a condition of supervised release that prohibits her from associating with convicted felons. She argues that she should be allowed to associate with her close friend Steven William Douglas, a convicted felon who was involved with the wire fraud crime

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-41167

for which McCauley is currently on supervised release.  The Government moves for summary dismissal.

McCauley's plea agreement contained a broad waiver of appeal that bars her appeal from the denial of the § 3583(e)(2) motion.  *See United States v. Scallon*, 683 F.3d 680, 683-84 (5th Cir. 2012).  Accordingly, the Government's motion for summary dismissal is GRANTED, and the appeal is DISMISSED.  The Government's alternative motion for additional time for briefing is DENIED AS MOOT.